UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEOVANY SERRANO,

               Plaintiff,

      - against -

MAMAIS CONTRACTING CORP., et al.,

               Defendants.
------------------------------------------------------------X

ORDER

12 Civ. 6374 (LTS) (JLC)
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/13

**JAMES L. COTT, United States Magistrate Judge.**

      All discovery in this case is stayed pending further order of the Court. The parties are directed to file their motion for preliminary approval of settlement and related documents within 30 days of the date of this Order.

      **SO ORDERED.**

Dated: New York, New York
       May 23, 2013

_____
JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 5/23/13