USDC SDNY
DOCUMENT
ELECTRONICAL[LY FILED]
DOC #:
DATE FILED: 6/28/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEOVANY SERRANO,     :      ORDER

          Plaintiff,     :      12 Civ. 6374 (LTS) (JLC)

      - against-     :

MAMAIS CONTRACTING CORP., et al.,     :

          Defendants.     :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Pursuant to a telephone conference held today, the Court extends the date by which the parties are directed to file their motion for preliminary approval of settlement and related documents to July 12, 2013.

**SO ORDERED.**

Dated: New York, New York
       June 28, 2013

_____
JAMES L. COTT
United States Magistrate Judge