UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GEOVANY SERRANO et al.,

        Plaintiffs,

  -v-                                      No. 12 Civ. 6374 (LTS)(JLC)

MAMAIS CORP. et al.,

        Defendants.
-------------------------------------------------------x

## ORDER

The Court has received and reviewed the Plaintiffs' unopposed motion for conditional certification of a settlement class, preliminary approval of settlement, appointment of Plaintiffs' counsel as class counsel and approval of Plaintiffs' proposed notice of settlement and class action settlement procedure. The parties are hereby ordered to appear for a conference to discuss this motion and the proposed order submitted by the Plaintiffs on **Thursday, September 19, 2013, at 3:30 p.m.**

At this conference, the parties should be prepared to discuss the resolution of the claims against the Trustees of Columbia University as part of the proposed settlement agreement and how the proposed order and settlement agreement account for Plaintiffs' Fair Labor Standards Act claims.

SO ORDERED.

Dated: New York, New York
       September 16, 2013

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge