Steven J. Moser (SM1133)
James J. Keefe (JK3695)
STEVEN J. MOSER, P.C.
3 School Street, Suite 207B
Glen Cove, New York  11542
(516) 671-1150
Fax (516) 882-5420
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOVANY SERRANO, IGNACIO GAONA, JUAN CARLOS MARTINEZ, RAUL POLANCO, HIPOLITO R. RIVAS, JOSE L. RODRIGUEZ RIVAS and JOSE WILMER RIVAS, individually and on behalf of all others similarly situated,

                            Case No..: 12-CV-6374 (LTS)

                     Plaintiffs,

- against -

MAMAIS CONTRACTING CORP., THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, STAVROULA MAMAIS-LORINO, PETER MAMAIS, CHRIS TRIATOS and ANDREAS STEFANAKIS,

                     Defendants.

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, NAMED PLAINTIFFS' SERVICE AWARDS, AND CLASS COUNSEL'S ATTORNEYS FEES AND EXPENSES

PLEASE TAKE NOTICE that upon (i) the Declaration of Steven J. Moser dated December 23, 2013 and the exhibits annexed to thereto, (ii) the Declaration of Linda Mocerino dated December 18, 2013 and the exhibits annexed thereto, (iii) the Declarations of Geovany Serrano, Ignacio Gaona, Juan Carlos Martinez, Raul Polanco, Hipolito R. Rivas, José L. Rodriguez Rivas and José Wilmer Rivas all dated December 8, 2013, and (iv) the accompanying Memorandum of Law, Plaintiffs will, at the fairness hearing at 2:00 p.m. on January 10, 2014, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, in Courtroom 17C, move this Honorable Court for an order:

(1) granting final approval of the class action settlement and the settlement agreement annexed hereto as Exhibit A;

(2) approving an incentive award in an amount up to $25,000.00 for the Plaintiff Geovany Serrano;

(3) approving incentive awards of up to $20,000.00 for the Plaintiffs Ignacio Gaona, Juan Carlos Martinez, Raul Polanco, Hipolito R. Rivas, José L. Rodriguez Rivas and José Wilmer Rivas;

(4) approving and awarding Class Counsel's attorney's fees in the sum of $255,000.00;

(5) approving and awarding Class Counsel's request for reimbursement of costs and disbursements in the sum of $14,105.41.

Plaintiffs submit a Proposed Order for the Court's convenience annexed hereto as Exhibit B.

Dated: Glen Cove, New York
December 26, 2013

          Respectfully submitted,
          STEVEN J. MOSER, P.C.

          BY: Steven John Moser
          Three School Street, Suite 207B
          Glen Cove, NY  11542
          (516) 671-1150
          F (516) 882-5420
          stevenjmoserpc@gmail.com
          *Attorneys for Plaintiffs*

**VIA ECF TO:**

Randi Brooke Feldheim
Putney Twombly Hall & Hirson LLP
rfeldheim@putneylaw.com

Peter C. Godfrey
Hodgson Russ Andrews Woods & Goody, LLP
pgodfrey@hodgsonruss.com

Mark Anthony Hernandez
Putney Twombly Hall & Hirson LLP
mhernandez@putneylaw.com

Michael T. McGrath, Sr
Putney Twombly Hall & Hirson LLP
mmcgrath@putneylaw.com


Paul I. Perlman
Hodgson Russ Andrews Woods & Goody,LLP
pperlman@hodgsonruss.com